THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HYMAN JACKERSON, Respondent.

(Submitted March 26, 1928; decided April 3, 1928.)

Motion for reargument denied.   (See 247 N. Y. 36.)

---

FRED S. JAMES & COMPANY, Appellant, *v.* ROSSIA INSURANCE COMPANY OF AMERICA, Respondent.

(Submitted March 26, 1928; decided April 3, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 247 N. Y. 262.)